IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STANLEY KOENIG,<br><br>    Petitioner,<br><br>  v.<br><br>C. KOENIG,<br><br>    Respondent. | No. 2:21-CV-1145-JAM-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Plaintiff's motion, ECF No. 24, for leave to file a first amended petition and to withdraw his motion for a stay-and-abeyance order.

This action currently proceeds on Petitioner's original petition. As Respondent argues in his motion to dismiss and as Petitioner concedes, the original petition is a "mixed" petition containing both exhausted and unexhausted claims. Specifically, claims one through seven are exhausted and claim eight for ineffective assistance of counsel is unexhausted. In his current motion, Petitioner states that he has voluntarily dismissed his state court challenge relating to claim eight and wishes to delete that claim in the proposed amended petition and proceed only on the claims all parties agree are exhausted – claims one through seven. Good cause appearing therefor, Petitioner's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion, ECF No. 24, for leave to amend and to withdraw his motion for a stay-and-abeyance order is granted;

2. Plaintiff's motion for a stay-and-abeyance order, ECF No. 3, is withdrawn and the Clerk of the Court is directed to terminate ECF No. 3 as a pending motion;

3. Petitioner shall file a first amended petition containing only exhausted claims one through seven within 30 days of the date of this order;

4. Respondent's response to petitioner's first amended petition is due within 30 days of the date of filing thereof; and

5. Upon the filing of a first amended petition, Respondent's motion to dismiss the original petition, ECF No. 15, will be rendered moot.

Dated: February 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE