# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STANLEY KOENIG, | No. 2:21-CV-1145-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| C. KOENIG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Respondent's motion to dismiss, ECF No. 15.

Respondent argues Petitioner's original petition must be dismissed because it contains a single unexhausted claim. See id. Petitioner conceded the issue by way of a motion to amend the original petition to delete the single unexhausted claim and proceed on the remaining exhausted claims. See ECF No. 24. The Court granted Petitioner's motion and directed Petitioner to file a first amended petition within 30 days containing only the unexhausted claims. See ECF No. 26. The Court also advised the parties that, upon the filing of a first amended petition containing only exhausted claims, Respondent's motion to dismiss the original petition would be rendered moot. See id. No party has filed objections to this order and Petitioner has timely filed a first amended petition containing only exhausted claims. Respondent's motion to

dismiss at ECF No. 15 is, therefore, moot.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate ECF No. 15 as a pending motion.

Dated: March 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE