IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STANLEY KOENIG, | No. 2:21-CV-1145-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| C. KOENIG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 34, for an extension of time to file a traverse. Good cause appearing therefor based on Petitioner's declaration of the need for additional time to the extent the Court denies Petitioner's request for the appointment of counsel, which request is denied by separate order, Petitioner's motion for an extension of time is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1