# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STANLEY KOENIG, | No. 2:21-CV-1145-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| C. KOENIG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's second motion, ECF No. 38, for an extension of time to file a traverse. Good cause appearing therefor based on Petitioner's declaration of the need for additional time to research the issues raised by Respondent's answer, Petitioner's motion for an extension of time is granted. Petitioner may file a traverse within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: June 22, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1